UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| **CAROL LYNN BACUS,** | ) | No.: 4:10-CV-532-RP |
| | ) | |
| **Plaintiff,** | ) | **STIPULATION FOR** |
| | ) | **DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CREST GROUP HOME, AMERICAN** | ) | |
| **BAPTIST HOMES OF THE MIDWEST,** | ) | |
| **and LYNNE SANDEGREN,** | ) | |
| **individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Carol Lynn Bacus and Defendants Crest Group Home, American Baptist Homes of the Midwest, and Lynne Sandegren, by and through their undersigned counsel, hereby stipulate that Plaintiff's action and all claims associated therewith, shall be dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

*/s/Ron Danks*
Ron Danks
MYERS, MYERS, DANKS & SMITH
rondanks@iowatelecom.net
201 W. Monroe Street
P.O. Box C
Pleasantville, IA 50225
Phone: (515) 848-5413
Fax: (515) 848-3272
ATTORNEYS FOR PLAINTIFF

*/s/ Thomas M. Cunningham*
Thomas M. Cunningham
NYEMASTER, GOODE, WEST,
   HANSELL & O'BRIEN
700 Walnut Street, Suite 1600
Des Moines, Iowa  50309-3899
Telephone:     (515) 283-8176
Facsimile:       (515) 283-8045
E-Mail:  TMCunningham@nyemaster.com


*/s/ Frances M. Haas*_____
Frances M. Haas
NYEMASTER, GOODE, WEST,
   HANSELL & O'BRIEN
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401-2030
Telephone: (319) 286-7007
Facsimile: (319) 286-7050
E-Mail: FMHaas@nyemaster.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to participating lawyers entered in this case:

Ron Danks
MYERS, MYERS, DANKS & SMITH
rondanks@iowatelecom.net
201 W. Monroe Street
P.O. Box C
Pleasantville, IA 50225
Phone: (515) 848-5413
Fax: (515) 848-3272
ATTORNEYS FOR PLAINTIFF

                                      */s/ Thomas M. Cunningham*_____
                                      Thomas M. Cunningham
                                      E-mail: TMCunningham@nyemaster.com
                                      ATTORNEY FOR DEFENDANTS